

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

July 13, 2023

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

APPLICATION GRANTED

_____
Hon. Victoria Reznik, U.S.M.J.

Re:   ***United States v. Omer Bedir Korkmaz*, 23 Mag. 5450**

Dear Judge Reznik:

    The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 5450, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                                      By:   /s/_____
                                          David A. Markewitz
                                          Assistant United States Attorney
                                          Southern District of New York
                                          (914) 993-1920

cc:   Counsel of Record (by Email)